FLORA A. TAYLOR, Appellant, *v.* GRAND LODGE OF THE ANCIENT ORDER OF UNITED WORKMEN of the State of New York, Respondent.

Mem. of decision below, 75 Hun, 612.
(Argued January 29, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered February 17, 1894, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Circuit.

*John H. White* for appellant.

*A. C. Harwick* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except HAIGHT, J., not sitting.

---

JOSÉ A. DEL VALLE, Appellant, *v.* JOSIAH A. HYLAND et al., Respondents.

Reported below, 76 Hun, 493.
(Argued January 29, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 16, 1894, which affirmed a judgment in favor of defendants, dismissing the complaint upon the merits, entered upon a decision of the court on trial at Special Term.

*Gilbert O. Hulse* for appellant.

*Herbert Barry* and *Nelson Zabriskie* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.